**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RECO MANNING** **PLAINTIFF**

**v.** **No: 4:26-cv-00587-JM-PSH**

**DOES, *et al.*** **DEFENDANTS**

# ORDER

The Court has reviewed the Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that

1. Manning's medical treatment claim against Nurse Green will proceed;

2. Manning's remaining claims are dismissed without prejudice as either failing to state an actionable claim or as improperly joined; and

3. All defendants other than Nurse Erika Green are terminated from the docket sheet for this case.

DATED this 4th day of November, 2026.

UNITED STATES DISTRICT JUDGE